UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Melissa L. Anderson,  Court File No. 19-53 (MJD/BRT)

    Plaintiff,

v.

Benson Power, LLC, and NAES, Inc.,

    Defendants and Third-Party Plaintiffs,

v.

Mechanical Systems, Inc.,

    Third-Party Defendant.

---

## ORDER OF DISMISSAL

Upon the foregoing stipulation, and upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED that judgment of dismissal with prejudice and on the merits, without costs to any of the parties, be entered on all claims, crossclaims, and counterclaims against Benson Power, LLC.

Dated:  January 7, 2020

                                                s/ Michael J. Davis
                                                The Honorable Michael J. Davis
                                                United States District Court