UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MELISSA L. ANDERSON,

      Plaintiff,

v.                                                        **ORDER**
                                           Civil File No. 19-53 (MJD/BRT)

NAES CORPORATION,

      Defendant and Third-Party Plaintiff,

v.

MECHANICAL SYSTEMS, INC.,

      Third-Party Defendant.

Michael A. Bryant, Bradshaw & Bryant PLLC, Counsel for Melissa L. Anderson.

Scott P. Drawe, Drawe & Maland, Counsel for NAES, Inc.

Timothy S. Poeschl, Grotefeld Hoffman, Counsel for Mechanical Systems, Inc.

     The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Becky R. Thorson dated June 8, 2020.  No objections have been filed to the Report and Recommendation in the time period permitted.  When no objections are filed within the filing period, the

1

Court reviews the Report and Recommendation for "clear error."  Grinder v. Gammon, 73 F.3d 793, 795 (8th Cir. 1996).

Accordingly, based upon the Report & Recommendation, files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge Becky R. Thorson dated June 8, 2020 [Docket No. 58].

2. NAES's First Motion for Partial Summary Judgement [Docket No. 40] is **DENIED**.

3. NAES's Motion to Strike Pleading [Docket No. 52] is **DENIED**.

4. MSI's request to extend the deadline to submit the Errata Sheet is **DENIED**.

Dated:  July 8, 2020               s/ Michael J. Davis
                                   Michael J. Davis
                                   United States District Court